| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-0001-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: March 15, 2018 |
| TONY ACOSTA ALVAREZ, and<br>LIONEL ORNELAS, aka LIONEL ORNELUS, | Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

Plaintiff United States of America, through its respective counsel, and defendants Tony Acosta Alvarez and Lionel Ornelas, through their counsel of record, stipulate that the status conference currently set for March 15, 2018, be continued to April 12, 2018, at 10:00 a.m.

On January 4, 2018, Mr. Alvarez and Mr. Ornelas were both arraigned on the twenty-nine-count Indictment in this case. (ECF No. 21.) Since that time, the United States has produced 300-plus pages of discovery to each defendant, which includes the defendants' criminal histories, three complete search warrant packages from December 19, 2017 (the day each man was arrested at his home), and all of the investigative packages (i.e., pen-trap and § 2703(d) packages) submitted to the Court during the lifespan of this 8-month investigation. Recently, the government received from the Federal Bureau of Investigation an additional set of materials, which includes all official reports prepared in connection with this case, and all audio and video recordings from surveillance. The government will prepare these materials

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

for disclosure to both defense counsel, who will require additional time to review these new materials, as well as the materials already produced, to discuss them their clients, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently scheduled for March 15, 2018, be continued to April 12, 2018, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including April 12, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the Defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendants in a speedy trial.

Respectfully submitted,

Dated: March 13, 2018   /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: March 13, 2018   /s/ THD for Michael Petrik, Jr.
MICHAEL PETRIK, JR.
Assistant Federal Defender
Attorney for Defendant Tony Acosta Alvarez

Dated: March 13, 2018   /s/ THD for Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant Lionel Ornelas

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

Time from the date the parties stipulated, up to and including April 12, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the March 15, 2018 status conference shall be continued until April 12, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

3