1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

7

8                        IN THE UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | 2:18-CR-0001-MCE
12 | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
13 | v. |
14 | TONY ACOSTA ALVAREZ, and | Date: May 17, 2018
   | LIONEL ORNELAS, aka LIONEL ORNELUS, | Time: 10:00 a.m.
15 | | Judge: Hon. Morrison C. England, Jr.
   | Defendants. |
16

17

18     Plaintiff United States of America, through its respective counsel, and defendants Tony Acosta

19 Alvarez and Lionel Ornelas, through their counsel of record, stipulate that the status conference currently

20 set for May 17, 2018, be continued to August 2, 2018, at 10:00 a.m.

21     On January 4, 2018, Mr. Alvarez and Mr. Ornelas were both arraigned on the twenty-nine-count

22 Indictment in this case. (ECF No. 21.) Since that time, the United States has produced 300-plus pages

23 of discovery to each defendant, which includes the defendants' criminal histories, three complete search

24 warrant packages from December 19, 2017 (the day each man was arrested at his home), and all of the

25 investigative packages (i.e., pen-trap and § 2703(d) packages) submitted to the Court during the lifespan

26 of this 8-month investigation. The government is now preparing for the defense additional materials,

27 which include several hundred pages of reports prepared in connection with this case, as well as several

28 dozen audio and video recordings from surveillance. Defense counsel will require additional time to

review these new materials, as well as the materials already produced, to discuss them their clients, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently scheduled for May 17, 2018, be continued to August 2, 2018, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including August 2, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: May 15, 2018
  */s/ Timothy H. Delgado*
  TIMOTHY H. DELGADO
  Assistant United States Attorney
  Attorney for Plaintiff United States

Dated: May 15, 2018
  */s/ THD for Michael Petrik, Jr.*
  MICHAEL PETRIK, JR.
  Assistant Federal Defender
  Attorney for Defendant Tony Acosta Alvarez

Dated: May 15, 2018
  */s/ THD for Tasha Paris Chalfant*
  TASHA PARIS CHALFANT
  Attorney for Defendant Lionel Ornelas

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Time from the date the parties stipulated, up to and including August 2, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479 (Local Code T4). It is further ordered that the May 17, 2018 status conference be continued until August 2, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE