1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | 2:18-CR-0001-MCE

12 |                        Plaintiff,  | STIPULATION AND ORDER TO CONTINUE
                                          STATUS CONFERENCE
13 |               v.
                                          Date: August 2, 2018
14 | TONY ACOSTA ALVAREZ, and            Time: 10:00 a.m.
     LIONEL ORNELAS, aka LIONEL ORNELUS, Judge: Hon. Morrison C. England, Jr.
15 |
                Defendants.
16 |

17

18         Plaintiff United States of America, through its respective counsel, and defendants Tony Acosta

19 Alvarez and Lionel Ornelas, through their counsel of record, stipulate that the status conference currently

20 set for August 2, 2018, be continued to September 6, 2018, at 10:00 a.m.

21         On January 4, 2018, Mr. Alvarez and Mr. Ornelas were both arraigned on the twenty-nine-count

22 Indictment in this case. (ECF No. 21.)  Since that time, the United States has produced 300-plus pages

23 of discovery to each defendant, which includes the defendants' criminal histories, three complete search

24 warrant packages from December 19, 2017 (the day each man was arrested at his home), and all of the

25 investigative packages (i.e., pen-trap and § 2703(d) packages) submitted to the Court during the lifespan

26 of this 8-month investigation.  The government is now preparing for the defense additional materials,

27 which include several hundred pages of reports prepared in connection with this case, as well as several

28 dozen audio and video recordings from surveillance.  Defense counsel will require additional time to

1 | review these new materials, as well as the materials already produced, to discuss them their clients, to

2 | conduct additional investigation, and to otherwise prepare for trial.

3 | Based on the foregoing, the parties stipulate that the status conference currently scheduled for

4 | August 2, 2018, be continued to September 6, 2018, at 10:00 a.m.  The parties further agree that time

5 | under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including

6 | September 6, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and

7 | General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

8 | The parties agree that the failure to grant a continuance in this case would deny defense counsel

9 | reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10 | The parties also agree that the ends of justice served by the Court granting the requested continuance

11 | outweigh the best interests of the public and the defendants in a speedy trial.

12 | Respectfully submitted,

13 |

14 | Dated:  July 31, 2018

  */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

17 | Dated:  July 31, 2018

  */s/ THD for Michael Petrik, Jr.*
MICHAEL PETRIK, JR.
Assistant Federal Defender
Attorney for Defendant Tony Acosta Alvarez

21 | Dated:  July 31, 2018

  */s/ THD for Tasha Paris Chalfant*
TASHA PARIS CHALFANT
Attorney for Defendant Lionel Ornelas

1        <u>ORDER</u>

2        The Court, having received and considered the parties' stipulation, and good cause appearing

3   therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds that the failure to

4   grant a continuance in this case would deny counsel reasonable time necessary for effective preparation,

5   taking into account the exercise of due diligence.  The Court also finds that the ends of justice served by

6   granting the requested continuance outweigh the best interests of the public and the defendants in a

7   speedy trial.

8        Time from the date the parties stipulated, up to and including September 6, 2018, shall be

9   excluded from computation of time within which the trial in this case must be commenced under the

10  Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General

11  Order 479 [Local Code T4].  It is further ordered that the August 2, 2018 status conference be continued

12  until September 6, 2018, at 10:00 a.m.

13       IT IS SO ORDERED.

14  Dated:  August 2, 2018

15

16  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE