| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | TONY ALVAREZ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-001 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | Date: September 6, 2018 |
| TONY ALVAREZ and LIONEL | ) | Time: 10:00 a.m. |
| ORNELAS, | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set on September 6, 2018 to October 18, 2018, at 10:00 a.m.

Defense counsel requires additional time to review discovery, to examine possible defenses, and to continue investigating the facts of the case.

For these reasons, counsel and the defendants agree that the Court should exclude the time from the date of the parties stipulation through October 18, 2018, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Stipulation to Continue                -1-

| | | |
|---|---|---|
| DATED: September 4, 2018 | | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ M. Petrik*<br>MICHAEL PETRIK, Jr.<br>Assistant Federal Defender<br>Attorney for TONY ALVAREZ |
| DATED: September 4, 2018 | | */s/ Tasha Chalfant*<br>TASHA CHALFANT<br>Attorney for Defendant LIONEL ORNELAS |
| DATED: September 4, 2018 | | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Timothy H. Delgado*<br>TIMOTHY H. DELGDO<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders a status conference on October 18, 2018, at 10:00 a.m. Time from the date of the parties stipulation, up to and including October 18, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: September 5, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE