McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-0001-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: October 18, 2018 |
| TONY ACOSTA ALVAREZ, and LIONEL ORNELAS, aka LIONEL ORNELUS, | Time: 10:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

Plaintiff United States of America, through its respective counsel, and defendants Tony Acosta Alvarez and Lionel Ornelas, through their counsel of record, stipulate that the status conference currently set for October 18, 2018, be continued to December 13, 2018, at 10:00 a.m.

On January 4, 2018, Mr. Alvarez and Mr. Ornelas were both arraigned on the twenty-nine-count Indictment in this case. (ECF No. 21.) Following the arraignment, the United States produced 300-plus pages of discovery to each defendant, which included the defendants' criminal histories, three complete search warrant packages from the day each man was arrested at his home in December 2017, and all of the investigative packages (i.e., pen-trap and § 2703(d) packages) submitted to the Court during this 8-month investigation. The government is producing an additional set of discovery materials this week, which include over 1,000 pages of reports prepared in connection with this case, as well as 32 compact disks with audio and video recordings from surveillance. Defense counsel will require additional time to

review these new materials, as well as the materials already produced, to discuss them their clients, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently scheduled for October 18, 2018, be continued to December 13, 2018, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including September 6, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: October 16, 2018  /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: October 16, 2018  /s/ THD for Michael Petrik, Jr.
MICHAEL PETRIK, JR.
Assistant Federal Defender
Attorney for Defendant Tony Acosta Alvarez

Dated: October 16, 2018  /s/ THD for Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant Lionel Ornelas

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Time from the date the parties stipulated, up to and including December 13, 2018, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the October 18, 2018 status conference be continued until December 13, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 18, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE