McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0001-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| TONY ACOSTA ALVAREZ, and LIONEL ORNELAS, aka Lionel Ornelus, | Date: January 24, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

Plaintiff United States of America, through its respective counsel, and defendants Tony Acosta Alvarez and Lionel Ornelas, through their counsel of record, stipulate that the status conference currently set for January 24, 2019, be continued to March 14, 2019, at 10:00 a.m.

On January 4, 2018, Mr. Alvarez and Mr. Ornelas were both arraigned on the twenty-nine-count Indictment in this case. (ECF No. 21.) Following the arraignment, the United States produced 300-plus pages of discovery to each defendant, which included the defendants' criminal histories, three complete search warrant packages from the day each man was arrested at his home in December 2017, and all of the investigative packages (i.e., pen-trap and § 2703(d) packages) submitted to the Court during this 8-month investigation. In October 2018, the government produced additional discovery to each defendant, which included over 1,000 pages of reports and memoranda, as well as 32 compact disks with audio and video recordings from surveillance. Counsel for both defendants require additional time to review these

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

materials, as well as the materials already produced, time to discuss them their clients, time to conduct additional investigation, and time to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently scheduled for January 24, 2019, be continued to March 14, 2019, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including March 14, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: January 23, 2019         */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: January 23, 2019         */s/ THD for Michael Petrik, Jr.*
MICHAEL PETRIK, JR.
Assistant Federal Defender
Attorney for Defendant Tony Acosta Alvarez

Dated: January 23, 2019         */s/ THD for Tasha Paris Chalfant*
TASHA PARIS CHALFANT
Attorney for Defendant Lionel Ornelas

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including March 14, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the January 24, 2019 status conference be continued until March 14, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 23, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE