HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814-2512
Tel: 916-498-5700/Fax: 916-498-5710
heather_williams@fd.org

Attorney for Defendant
TONY ACOSTA ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:18-cr-001 MCE |
| | ) | |
| Plaintiff, | ) | **MOTION TO WITHDRAW THE FEDERAL** |
| | ) | **DEFENDER AND ORDER** |
| vs. | ) | **GRANTING WITHDRAWAL AND** |
| | ) | **APPOINTING COUNSEL** |
| TONY ACOSTA ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ

counsel.  The Federal Defender, appointed since the Initial Appearance, is unable to continue

representing the defendant and moves to withdraw from representation and have Todd Leras,

who is willing to accept appointment, appointed effective February 7, 2019.

DATED:  February 8, 2019                               HEATHER E. WILLIAMS
                                                                            Federal Defender

                                                                            *s/Heather E. Williams*
                                                                            HEATHER E. WILLIAMS
                                                                            Federal Defender

1

## **ORDER**

Upon the Federal Defender's Motion and good cause appearing, the Federal Defender's Motion to Withdraw and appointing Todd Leras, effective February 7, 2019 is granted.

IT IS SO ORDERED.

**Dated:  February 11, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE